UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAMS,

                Plaintiff,

-v.-

FOOD IN ITALY LLC *d/b/a* Gnocco, and
PARK EAST TENTH, LLC,

                Defendants.

---

20 Civ. 10001 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Initial Pretrial Conference in this matter scheduled for March 17, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated:    March 12, 2021
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge